**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                No. C 01-00435 CRB
12            Plaintiff,                      **ORDER**
13      v.
14   REGINALD AKINS,
15            Defendant.
                                          /
16
17          Now pending before the Court is defendant's motion pursuant to 28 U.S.C. section
18   2255 to vacate, set aside, or correct his sentence.  Defendant's motion arises out of an
19   inconsistency in the Verdict Form with respect to Count Four of the Superseding Indictment.
20   In particular, the first sentence of the Verdict Form as to Count Four should have referred to
21   the crime charged in Count Two; instead, the Verdict Form referred to the crime charged in
22   Count One.  Defendant contends that as a result he was never convicted of the crime charged
23   in Count Four.
24          The government is directed to file a response to defendant's motion on or before July
25   11, 2008.
26          **IT IS SO ORDERED.**
27
28   Dated: June 25, 2008
                                          _____
                                          CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California