IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>REGINALD AKINS,<br><br>    Defendant.<br>_____/ | No. C 01-00435 CRB<br><br>**ORDER** |

Now pending before the Court is defendant's 2255 motion and the government's opposition. Defendant is directed to respond to the government's opposition on or before September 29, 2008.

**IT IS SO ORDERED.**

Dated: August 29, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\0435cr\orderre2255response1.wpd