IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>REGINALD AKINS,<br><br>    Defendant. | No. CR 01-00435 CRB<br><br>**ORDER DENYING MOTION TO STAY PETITION** |

The government has moved to stay this proceeding. See Mot. (dkt. 277). After consideration of the parties' submissions and the relevant authorities, and in light of the Ninth Circuit's actions in Jacob and Gardner, the Court DENIES the motion. See Jacob v. United States, No. 15-73302, dkt. 36 (9th Cir. June 27, 2016); Gardner v. United States, No. 15-72559, dkt. 39 (9th Cir. June 27, 2016).

**IT IS SO ORDERED.**

Dated: October 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE