IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>REGINALD AKINS,<br><br>        Defendant. | No. CR 01-00435 CRB<br><br>**ORDER TO SHOW CAUSE** |

      Petitioner Reginald Akins moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, arguing that it has been rendered invalid by Johnson v. United States, 135 S. Ct. 2551 (2015). See Motion to Vacate (dkt. 271). The Ninth Circuit recently granted Petitioner's request for leave to file a second or successive Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in order to raise the Johnson issue, and directed this Court to proceed with Petitioner's motion. See USCA Order (dkt. 274).

      Accordingly, the government is ORDERED to show cause why Petitioner's § 2255 petition should not be granted. The government is ORDERED to respond within 60 days after entry of this Order. Petitioner shall file a reply brief not later than 30 days after the government's response.

      **IT IS SO ORDERED.**

Dated: October 13, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE