IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>REGINALD AKINS,<br><br>    Defendant. | No. CR 01-00435 CRB<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

The Court hereby VACATES the Order to Show Cause issued on October 13, 2016 (dkt. 279). The briefing schedule outlined in the Court's September 27, 2016 Order (dkt. 276) remains in place.

**IT IS SO ORDERED.**

Dated: October 14, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE