IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>REGINALD AKINS,<br><br>    Defendant. | No. CR 01-00435 CRB<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

   Petitioner Reginald Akins is hereby ORDERED TO SHOW CAUSE, by <u>April 11, 2017</u>, why his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 should not be dismissed in light of <u>Beckles v. United States</u>, No. 15-8544, 2017 WL 855781 (Mar. 6, 2017).

   **IT IS SO ORDERED.**

Dated: March 28, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE