IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Respondent,<br><br>v.<br><br>REGINALD AKINS,<br><br>    Petitioner. | No. CR 01-00435 CRB<br><br>**JUDGMENT** |

Having denied Petitioner Reginald Akins's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, see Mot. (dkt. 271); Order (dkt. 286), the Court hereby enters judgment FOR Respondent and AGAINST Petitioner.

**IT IS SO ORDERED.**

Dated: May 5, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE